IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON (SPOKANE)

| | |
|---|---|
| LARISSA CLARK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILDFLOWER CANNABIS COMPANY, LLC a Washington Company; ROBERT FOSTER, and the community property thereof,<br><br>Defendants. | NO. 2:21-cv-00171<br><br>AMENDED JOINT RULE 26(f) STATUS REPORT |

Pursuant to Fed. R. Civ. Procedure, Rule 26(f), the parties submit the following Agreed Amended Joint Status Report and Discovery Plan that was filed with the Court on July 1, 2021 (Dkt. #8):

1. Scheduling Order:

   The parties agree there are no issues to discuss at a scheduling conference and a scheduling order may be entered without a hearing.

2. Process Service:

   Service has been completed.

3. Jurisdiction:

   The parties agree that jurisdiction, venue, and standing are proper in this court

4. Use of Magistrate Judge:

   The parties do not consent to the use of a Magistrate Judge.

5. Nature and Complexity of Case:

AMENDED JOINT STATUS REPORT -1

Plaintiff was employed by Defendant. She contends the defendants are liable for religious discrimination, failure to accommodate, retaliation and wrongful constructive discharge.

6. Preferred trial date:

The parties have agreed to a trial date of June 6, 2022. The parties anticipate 2-3 days for trial.

7. Anticipated Motions:

The parties do not anticipate any motions other than possible summary judgment motions.

8. Arrangements for the disclosure required under Fed. R. Civ. P. 26(a)(1):

The parties will exchange initial disclosures on or before July 29, 2021.

9. Proposed Discovery Plan:

Parties Expert Disclosure – September 30, 2021

Rebuttal Disclosure – November 19, 2021

Discovery Cutoff – March 1, 2022

Dispositive & Daubert Motions – January 7, 2022

Settlement Status Certificate Due – February 4, 2021

Settlement Status Conference – February 11, 2021

Witness, Exhibits & Deposition Designations – April 7, 2022

Objections to Witness & Exhibit List – April 14, 2022

Response to Witness, Exhibit Objections – April 21, 2022

Cross Designation – April 14, 2022

Objections to Designation – April 21, 2022

Motions in limine – April 22, 2022

Response to Motions in limine – April 29, 2022

Replies to Motions in limine – May 6, 2022

Pretrial Order – May 12, 2022

Trial Briefs & Voir Dire or Proposed Findings – May 12, 2022

Instructions & Memorandum in Objection to Disputed Instructions – May 12, 2022

Pretrial Conference – May 24, 2011

Final Exhibits to Courtroom Deputy – May 30, 2022

AMENDED JOINT STATUS REPORT -2

KITSAP LAW GROUP
3212 NW Byron Street, Suite 101
Silverdale, WA 98383
Tel (360) 692 6415
Fax (360) 692 1257

10. <u>Class certification</u>: Class certification is not alleged.

11. <u>Beneficial Interest Claim of a minor or incompetent that requires appointment of a Guardian ad litem</u>:  Not applicable.

12. <u>Appropriateness of special procedures</u>: The parties do not believe any special procedures are appropriate.

13. <u>Modification of standard procedures</u>:  The parties do not believe any modification of standard procedures is necessary.

14. <u>Feasibility of bifurcation</u>:  The parties do not believe this matter should be bifurcated.

15. <u>Settlement discussions or dispute resolution</u>:  The parties anticipate engaging in private mediation.

16. <u>Certified to the Supreme Court</u>:  The parties do not anticipate any issues that should be referred to the Washington Supreme Court.

17. <u>Matters conducive to just, efficient and economical determination</u>? Not applicable.

Dated this 8th day of July 2021.

| SKIMORE FOMINA, PLLC | KITSAP LAW GROUP |
|---|---|
| /s/Gregory M. Skimore | /s/David P. Horton |
| Gregory M. Skidmore, WSBA #47462<br>14205 SE 36th Street, Suite 100<br>Bellevue, WA 98006<br>Phone: (425) 519-3656<br>Email: gskidmore@skidmorefomina.com<br>*Attorney for Plaintiff* | David P. Horton, WSBA #27123<br>Kyle J. Finnell, WSBA #34997<br>3212 NW Byron Street, Suite 101<br>Silverdale, WA 98383<br>Phone: (360) 692-6415<br>Email: dhorton@kitsaplawgroup.com<br>Attorney for Defendants |

CERTIFICATE OF SERVICE

I, Tracey Hamilton-Oril, certify that on July 8, 2021 I caused to be served a true and correct copy of the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF System and caused to be served a true and correct copy via the method indicated below and addressed to the following:

AMENDED JOINT STATUS REPORT -3

KITSAP LAW GROUP
3212 NW Byron Street, Suite 101
Silverdale, WA 98383
Tel (360) 692 6415
Fax (360) 692 1257

Gregory M. Skidmore
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Via Email: gskidmore@skidmorefomina.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 8th day of July 2021 in Silverdale, Washington.

_____
Tracey Hamilton-Oril
Kitsap Law Group
3212 NW Byron Street, Suite 101
Silverdale, WA 98383

AMENDED JOINT STATUS REPORT -4

KITSAP LAW GROUP
3212 NW Byron Street, Suite 101
Silverdale, WA 98383
Tel (360) 692 6415
Fax (360) 692 1257