# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON (SPOKANE)

| | |
|---|---|
| LARISSA CLARK, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WILDFIRE CANNABIS COMPANY, LLC a Washington Company; ROBERT FOSTER, and the community property thereof<br><br>        Defendants. | **Case No. 2:21-cv-00171-TOR**<br><br>**SETTLEMENT STATUS CERTIFICATE** |

**PLEASE TAKE NOTICE** that the parties, through their counsel of record, agree to schedule mediation with one of the court's senior judges or full-time magistrate judges.

DATED:  February 4, 2022.

SKIDMORE & FOMINA, PLLC


By  */s/ Gregory M. Skidmore*
Gregory M. Skidmore, WSBA #47462
14205 SE 36th Street, Suite 100
Bellevue, WA  98006
Phone: (425) 519-3656
Email: gskidmore@skidmorefomina.com
*Attorney for Plaintiff*

SETTLEMENT STATUS CERTIFICATE - 1

SKIDMORE | FOMINA, PLLC
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Tel.: (425) 519-3656

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

KITSAP LAW GROUP, PLLC

By */s/ David P. Horton*
David P. Horton, WSBA #27123
3212 NW Byron Street, Suite 101
Silverdale, WA 98383
Phone: (360) 692-6415
Email:  dhorton@kitsaplawgroup.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a copy of the foregoing **SETTLEMENT STATUS CERTIFICATE** on the following person(s) in the manner indicated below at the following address(es):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| David P. Horton, WSBA #27123<br>3212 NW Byron Street, Suite 101<br>Silverdale, WA 98383<br>Phone: (360) 692-6415<br>Email: dhorton@kitsaplawgroup.com<br>Attorney for Defendants | ☐ Hand Delivery<br>☐ US Mail<br>☐ Facsimile<br>☒ E-mail<br>☐ U.S. Mail |

Dated February 4, 2022.

                                            */s/ Gregory M. Skidmore*
                                            Gregory M. Skidmore