1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARISSA CLARK, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILDFIRE CANNABIS COMPANY, LLC., and ROBERT FOSTER, and the community property thereof,<br><br>　　　　　　　　　　Defendants. | NO: 2:21-CV-0171-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　　BEFORE THE COURT is the parties' Stipulation and Notice of Dismissal (ECF No. 20). The parties stipulate and agree that: (1) That all claims in this matter have been fully and finally compromised and settled; and (2) That this matter should now be dismissed, with prejudice and without attorney's fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without attorney's fees or costs to any party.

2. All deadlines, hearings and trial date are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED May 20, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2